# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 09CR4154-H |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| SERGIO BELTRAN-SARABIA (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Sergio Beltran-Sarabia is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: August 22, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT